IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIDING FILMS, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No: 13-00287 |
| | ) |
| DOES 1-65 | ) |
| | ) |
|     Defendants | ) |

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, The Riding Films, Inc. by its attorneys Frontier Law Group, PLLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in this complaint against DOE Defendants

    The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter as no opposing parties were named and served in this case which would identify an actual opposing party to the case.  Therefore, it is respectively submitted that dismissal under Rule 41(a)(1) is appropriate.

    DATE: September 11, 2013

                                                                Respectfully Submitted,
                                                                Riding Films, Inc.

                                                                By: *Richard J. Symmes*_____
                                                                Richard J. Symmes #41475
                                                                Frontier Law Group, PLLC
                                                                1001 4th Avenue, Suite 3200
                                                                Seattle, WA 98154
                                                               206-682-7975
                                                                Richard@symmeslaw.com

NOTICE                                                                         Frontier Law Group, PLLC
                                                                          1001 Fourth Avenue, Suite 3200
                                                                            Seattle, WA 98154
                                                                               Ph: 206-682-7975